Gerardo **CAMPOS–CAMPOS;** Gerardo **Campos–Campos,** Petitioners,

v.

John **ASHCROFT,** Attorney General, Respondent.

No. 02–71865.
Agency Nos. A75–181–491, A75–301–779.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Dec. 22, 2003.

Frank P. Sprouls, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region, Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Mark C. Walters, James R. Grimes, US Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before GOODWIN, WALLACE, and MCKEOWN, Circuit Judges.

MEMORANDUM**

Gerardo Campos–Campos and his son Gerardo Campos–Campos, natives and cit-

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

izens of Mexico, petition for review of the Board of Immigration Appeals' orders affirming pursuant to 8 C.F.R. § 3.1(a)(7) without opinion an immigration judge's order of removal and denial of their applications for asylum and withholding of removal and the father's application for cancellation of removal. The Campos–Camposes contend that the streamlining regulations pursuant to which the Board decided their appeals violate due process and contravene the administrative appellate review afforded by congressional statute. This contention is foreclosed by *Falcon Carriche v. Ashcroft*, 350 F.3d 845, 849–852, 2003 WL 22770121, at *3–*5 (9th Cir.2003).

**PETITION FOR REVIEW DENIED.**